AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

REALNETWORKS, INC., a Washington corporation )
)
)
Plaintiff )
v. )  Civil Action No.
)
DVD COPY CONTROL ASSOCIATION, INC., a Delaware )
nonprofit corp.; DISNEY ENTERPRISES, INC., a Delaware corp.; )
PARAMOUNT PICTURES CORP., a Delaware corp.; SONY )
PICTURES ENTERTAINMENT, INC., a Delaware corp.; )
TWENTIETH CENTURY FOX FILM CORP., a Delaware corp.; )
NBC UNIVERSAL, INC., a Delaware corp.; WARNER BROS. )
ENTERTAINMENT, INC., a Delaware corp. and VIACOM, INC., )
a Delaware corp. )
Defendant

E-Filing

C 08 4548

HRL

## Summons in a Civil Action

To: DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corp.; DISNEY ENTERPRISES, INC., a Delaware corp.; PARAMOUNT PICTURES CORP., a Delaware corp.; SONY PICTURES ENTERTAINMENT, INC., a Delaware corp.; TWENTIETH CENTURY FOX FILM CORP., a Delaware corp.; NBC UNIVERSAL, INC., a Delaware corp.; WARNER BROS. ENTERTAINMENT, INC., a Delaware corp. and VIACOM, INC. a Delaware corp.
*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

JAMES A. DiBOISE, ESQ.		Tel: (415) 947-2000		Fax: (415) 947-2099
WILSON SONSINI GOODRICH & ROSATI
ONE MARKET, SPEAR TOWER, #3300
SAN FRANCISCO, CA 94105

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: _____		**MARY ANN BUCKLEY**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

                                                                  _____
                                                                                   Server's signature

                                                                  _____
                                                                            Printed name and title

                                                                  _____
                                                                              Server's address

American LegalNet, Inc.
www.FormsWorkflow.com