GLENN D. POMERANTZ (SBN 112503)
*Glenn.Pomerantz@mto.com*
BART H. WILLIAMS (SBN 134009)
*Bart.Williams@mto.com*
KELLY M. KLAUS (SBN 161091)
*Kelly.Klaus@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
*rxr@msk.com*
ERIC J. GERMAN (SBN 224557)
*ejg@msk.com*
BETSY A. ZEDEK (SBN 241653)
*baz@msk.com*
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
*gregory_goeckner@mpaa.org*
DANIEL E. ROBBINS (SBN 156934)
*dan_robbins@mpaa.org*
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Defendants
DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC.; TWENTIETH CENTURY FOX FILM CORP.; NBC UNIVERSAL, INC., WARNER BROS. ENTERTAINMENT, INC., VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALNETWORKS, INC.; REALNETWORKS HOME ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DVD COPY CONTROL ASSOCIATION, INC.; DISNEY ENTERPRISES, INC.; | CASE NO. C 08-4548 HRL <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PARAMOUNT PICTURES CORP.,<br>SONY PICTURES ENTERTAINMENT,<br>INC.; TWENTIETH CENTURY FOX<br>FILM CORP.; NBC UNIVERSAL, INC.,<br>WARNER BROS. ENTERTAINMENT,<br>INC., VIACOM, INC.<br><br>              Defendants. |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Plaintiffs intend to seek a temporary restraining order (TRO) and thus respectfully request immediate reassignment today, if possible.

DATED: October 3, 2008

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS

By:    */s/ Rohit K. Singla*
       ROHIT K. SINGLA

Attorneys for Plaintiffs