1   GLENN D. POMERANTZ (SBN 112503)
    Glenn.Pomerantz@mto.com
2   BART H. WILLIAMS (SBN 134009)
    Bart.Williams@mto.com
3   KELLY M. KLAUS (SBN 161091)
    Kelly.Klaus@mto.com
4   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
5   Thirty-Fifth Floor
    Los Angeles, CA  90071-1560
6   Telephone:    (213) 683-9100
    Facsimile:    (213) 687-3702
7
    ROBERT H. ROTSTEIN (SBN 72452)
8   rxr@msk.com
    Eric J. German (SBN 224557)
9   ejg@msk.com
    Betsy A. Zedek (SBN 241653)
10  baz@msk.com
    MITCHELL SILBERBERG & KNUPP LLP
11  11377 West Olympic Boulevard
    Los Angeles, California  90064-1683
12  Tel: (310) 312-2000; Fax: (310) 312-3100

13  GREGORY P. GOECKNER (SBN 103693)
    gregory_goeckner@mpaa.org
14  DANIEL E. ROBBINS (SBN 156934)
    dan_robbins@mpaa.org
15  15301 Ventura Boulevard, Building E
    Sherman Oaks, California  91403-3102
16  Tel: (818) 995-6600; Fax: (818) 285-4403

17  Attorneys for Defendants and Counter-complainants
    DISNEY ENTERPRISES, INC., PARAMOUNT
18  PICTURES CORP., SONY PICTURES
    ENTERTAINMENT, INC., TWENTIETH CENTURY FOX
19  FILM CORP., and WARNER BROS. ENTERTAINMENT,
    INC.
20

21                  UNITED STATES DISTRICT COURT

22                  NORTHERN DISTRICT OF CALIFORNIA

23

24  REALNETWORKS, INC., a Washington         CASE NO.  C 08 4548 HRL
    Corporation; and REALNETWORKS
25  HOME ENTERTAINMENT, INC., a              **DEFENDANTS/COUNTER-
    Delaware corporation,                    COMPLAINTANTS' CERTIFICATION
26                                           AND NOTICE OF INTERESTED PARTIES**
                    Plaintiffs and Counter-
27                  defendants,

28

                                            CERT. AND NOTICE OF INT. PARTIES
                                            CASE NO.  C 08 4548 HRL

vs.

DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,

Defendants and
Counter-complainants.

The undersigned, counsel of record for Defendants/Counter-complainants DISNEY
ENTERPRISES, INC., PARAMOUNT PICTURES CORP., SONY PICTURES
ENTERTAINMENT, INC., TWENTIETH CENTURY FOX FILM CORP., and WARNER
BROS. ENTERTAINMENT, INC. certifies that the following listed parties may have a pecuniary
interest in the outcome of this case.  These representations are made to enable the Court to
evaluate possible disqualification or recusal:

      1.      Disney Enterprises, Inc. (which is a wholly owned subsidiary of The Walt Disney
Company, a publicly held company)

      2.      Walt Disney Pictures (which is a wholly owned subsidiary of Disney Enterprises,
Inc.  Disney Enterprises, Inc. is a wholly owned subsidiary of The Walt Disney Company, a
publicly held company)

      3.      Paramount Pictures Corporation (which is a wholly owned subsidiary of Viacom
Inc., a publicly held company)

      4.      Sony Pictures Television Inc. (which is an indirect subsidiary of Sony
Corporation, a publicly held company)

      5.      Columbia Pictures Industries, Inc. (which is an indirect subsidiary of Sony
Corporation, a publicly held company)

      6.      Sony Pictures Entertainment Inc. (which is an indirect subsidiary of Sony
Corporation, a publicly held company)

      7.      Twentieth Century Fox Film Corporation (which is a wholly owned subsidiary of
Fox Entertainment Group., Inc.  Fox Entertainment Group, Inc.'s parent corporation is News
Corporation, which is a publicly held corporation that owns more than 10% of Fox Entertainment
Group, Inc.'s stock)

      8.      Warner Bros. Entertainment Inc. (which is ultimately and indirectly wholly owned
by Time Warner Inc., a publicly held company)

CERT. AND NOTICE OF INT. PARTIES
CASE NO.  C 08 4548 HRL

1

2   DATED: October 3, 2008                    MUNGER, TOLLES & OLSON LLP

3                                             MITCHELL SILBERBERG & KNUPP LLP

4                                             GREGORY P. GOECKNER
                                              DANIEL E. ROBBINS
5

6                                             By:         */s/ Rohit K. Singla*
                                                           ROHIT K. SINGLA
7
                                              Attorneys for Defendants/Counter-complainants
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                    CERT. OF INTERESTED PARTIES
                                                        CASE NO.  C 08 4548 HRL