1    GLENN D. POMERANTZ (SBN 112503)
     Glenn.Pomerantz@mto.com
2    BART H. WILLIAMS (SBN 134009)
     Bart.Williams@mto.com
3    KELLY M. KLAUS (SBN 161091)
     Kelly.Klaus@mto.com
4    MUNGER, TOLLES & OLSON LLP
     355 South Grand Avenue
5    Thirty-Fifth Floor
     Los Angeles, CA 90071-1560
6    Telephone:   (213) 683-9100
     Facsimile:    (213) 687-3702
7
     ROBERT H. ROTSTEIN (SBN 72452)
8    rxr@msk.com
     Eric J. German (SBN 224557)
9    ejg@msk.com
     Betsy A. Zedek (SBN 241653)
10   baz@msk.com
     MITCHELL SILBERBERG & KNUPP LLP
11   11377 West Olympic Boulevard
     Los Angeles, California 90064-1683
12   Tel: (310) 312-2000; Fax: (310) 312-3100

13   GREGORY P. GOECKNER (SBN 103693)
     gregory_goeckner@mpaa.org
14   DANIEL E. ROBBINS (SBN 156934)
     dan_robbins@mpaa.org
15   15301 Ventura Boulevard, Building E
     Sherman Oaks, California 91403-3102
16   Tel: (818) 995-6600; Fax: (818) 285-4403

17   Attorneys for Defendants
     DISNEY ENTERPRISES, INC., PARAMOUNT
18   PICTURES CORP., SONY PICTURES
     ENTERTAINMENT, INC., TWENTIETH CENTURY FOX
19   FILM CORP., NBC UNIVERSAL, INC., WARNER BROS.
     ENTERTAINMENT, INC. and VIACOM, INC.

20

21                 UNITED STATES DISTRICT COURT

22             NORTHERN DISTRICT OF CALIFORNIA

23

| | |
|---|---|
| 24   REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS | CASE NO. C 08 4548 HRL |
| 25   HOME ENTERTAINMENT, INC., a Delaware corporation, | **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |
| 26             Plaintiffs, | |
| 27 | |
| 28      vs. | |

6052976.1

                   [PROPOSED] TEMPORARY RESTRAINING
                   ORDER AND ORDER TO SHOW CAUSE

| | |
|---|---|
| 1 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, |
| 2 | DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT |
| 3 | PICTURES CORP., a Delaware corporation; SONY PICTURES |
| 4 | ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY |
| 5 | FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a |
| 6 | Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware |
| 7 | corporation; and VIACOM, Inc., a Delaware Corporation, |
| 8 | Defendants. |
| 9 | |

1  TO PLAINTIFFS REALNETWORKS, INC. AND REALNETWORKS HOME

2  ENTERTAINMENT, INC. ("Plaintiffs"):

3       Upon reviewing the papers filed by Defendants Disney Enterprises, Inc.,

4  Paramount Pictures Corp., Twentieth Century Fox Film Corp., and Warner Bros. Entertainment,

5  Inc., ("Defendants") in support of their *Ex Parte* Application For A Temporary Restraining Order

6  ("*Ex Parte* Application"), including the Counter-complaint, the Memorandum of Points and

7  Authorities, the Declarations of Michael Dunn, John P. J. Kelly, Dr. Alan E. Bell, and Glenn D.

8  Pomerantz, and the Defendants' Reply; and having reviewed the opposition papers filed by

9  Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc., including the

10  Declarations of Jacqueline Lang, Gordon Klein, and Jeffrey Buzzard; and having considered the

11  factors relating to (i) Defendants' probability of success on the merits, (ii) the risks of irreparable

12  injury to Defendants if preliminary relief is denied, (iii) the existence of serious questions going

13  to the merits of Defendants claim, and (iv) the balance of hardships, The Court HEREBY FINDS

14  and ORDERS as follows:

15       Defendants are likely to prevail on the merits of their claim pursuant to the Digital

16  Millennium Copyright Act, 17 U.S.C. §§ 1201, *et. seq.* against Plaintiffs, and Defendants are

17  likely to suffer irreparable injury without intervention of this Court; [and/or]

18       There exist serious questions going to the merits of Defendants claim pursuant to

19  the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201, *et. seq.*, and the balance of hardships

20  tips in Plaintiffs' favor.

21       Accordingly, YOU ARE HEREBY ORDERED TO SHOW CAUSE at _____

22  on _____, or as soon thereafter as counsel may be heard in the courtroom of the

23  Honorable _____, located at _____, California, why

24  you, your officers, agents, servants, employees and attorneys, and those in active concert or

25  participation with you or them, should not be restrained and enjoined pending trial of this action

26  from selling, offering, marketing or otherwise trafficking in the software product known as

27  RealDVD, or any product with substantially similar functionality.

28       Pending hearing on the above Order to Show Cause, you, your officers, agents,

[PROPOSED] TEMPORARY RESTRAINING
                                          ORDER AND ORDER TO SHOW CAUSE

servants, employees and attorneys, and all those in active concert or participation with you or

them ARE HEREBY RESTRAINED AND ENJOINED from selling, offering, marketing or

otherwise trafficking in the software product known as RealDVD, or any product with

substantially similar functionality.

The above Temporary Restraining Order is effective on Defendants' filing an

undertaking with the Court in the sum of $_____.  This Order to Show Cause and

Temporary Restraining Order must be served on Plaintiffs no later than ___ days before the date

set for hearing, and proof of service shall be filed no later than ____ court days before the

hearing.  Any papers filed by Plaintiffs in response to this Order to Show Cause must be filed and

served by hand, email or facsimile transmission on Defendants by no later than 5 p.m. on

_____.  Any reply papers that Defendants elect to file must be filed and served by

hand, email or facsimile transmission on or before 5:00 p.m. on _____.

Dated: _____                    _____

United States District Judge

Presented By:


MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS



By:_____
      ROHIT K. SINGLA

Attorneys for Defendants

[PROPOSED] TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE