GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
Eric J. German (SBN 224557)
ejg@msk.com
Betsy A. Zedek (SBN 241653)
baz@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Defendants
DISNEY ENTERPRISES, INC.,
PARAMOUNT PICTURES CORP.,
SONY PICTURES ENTERTAINMENT, INC.,
TWENTIETH CENTURY FOX FILM CORP.,
NBC UNIVERSAL, INC., WARNER BROS.
ENTERTAINMENT, INC. and VIACOM, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs, | CASE NO. C 08 4548 HRL<br><br>**APPLICATION TO SEAL (1) NOTICE OF APPLICATION AND *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND MEMORANDUM OF** |

6052090.1

APPLICATION TO SEAL; DECLARATION
OF GLENN D. POMERANTZ ISO

| | |
|---|---|
| vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>          Defendants. | **POINTS AND AUTHORITIES AND (2) DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF *EX PARTE* APPLICATION**<br><br>Lodged concurrently herewith:<br><br>1) [Proposed] Order Granting Application<br><br>2) DOCUMENTS REQUESTED TO BE FILED UNDER SEAL |

Pursuant to Civil Local Rule 7-11 and 79-5, Defendants Disney Enterprises, Inc., Paramount Pictures Corp., Twentieth Century Fox Film Corp., and Warner Bros. Entertainment, Inc., respectfully apply for an order sealing the following documents:

- Notice of Application and *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction; Memorandum of Points and Authorities
- Declaration of Glenn D. Pomerantz in Support of *Ex Parte* Application

A "compelling reason" exists to seal these documents. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming . . . the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential material at issue concerns a single page from the "Technical Specifications" of the "CSS License Agreement" between RealNetworks, Inc. and the DVD Copy Control Association, Inc. ("DVD CCA"). The Technical Specifications contain highly-confidential and sensitive trade secret information. This page from the "Technical Specifications" is attached as Exhibit F to the Declaration of Glenn D. Pomerantz in Support of the *Ex Parte* Application. The Memorandum of Points and Authorities in Support of the *Ex Parte* Application quotes a single line from the document.

Defendants' counsel received the "Technical Specifications" page from the DVD CCA. Declaration of Glenn D. Pomerantz In Support of Application to Seal, ¶ 2. In obtaining the document, counsel agreed to maintain the strict confidentiality of the document pursuant to the terms of the CSS License Agreement, and that the document could only be used in this litigation if it were filed under seal and outside of the public record. *Id.*

The "Technical Specifications" contain highly-sensitive and confidential trade secret information relating to the authentication and decryption features of "CSS," or the Content Scramble System, which Defendants have used to prevent playable copies of DVD content from being made. Release of this information into the public sphere threatens to undermine irreparably the integrity of the CSS protection scheme.

Courts in other proceedings have sealed this very document. The California Superior Court of the County of Santa Clara in *DVD Copy Control Ass'n, Inc. v. Kaleidescape, Inc.*, No. 1-04 CV031829 sealed the Technical Specifications in their entirety. In affirming the court's sealing order, the California Court of Appeal in *DVD Copy Control Ass'n, Inc. v. Kaleidescape, Inc.*, 2007 WL 2063101 (Cal. App. 6 Dist. July 19, 2007), noted that for "'obvious reasons, the motion picture industry'" has "'desired to keep the CSS technology a secret,'" that in "'an attempt to keep CSS from becoming generally known, the industries'" have "'agreed upon a restrictive licensing scheme,'" and that "'[a]ll licensees must agree to maintain the confidentiality of CSS.'" *Id.* at *1. (quoting *DVD Copy Control Assn., Inc. v. Bunner*, 116 Cal.App.4th 241, 245-246 (2004)).

This Application to Seal is narrowly tailored to protect the public's interest in access to judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178. Defendants have filed with the court identical public redacted versions of the Memorandum of Points and Authorities in Support of the *Ex Parte* Application and the Pomerantz Declaration in Support of the *Ex Parte* Application. With respect to the Memorandum, Defendants have redacted only a single sentence quote from the Technical Specifications page. And with respect to the Pomerantz Declaration, Defendants have redacted Exhibit F, the Technical Specifications page.

For these reasons, the Court should grant the Application to Seal.

| | | |
|---|---|---|
| 1 | DATED: October 3, 2008 | MUNGER, TOLLES & OLSON LLP |
| 2 | | MITCHELL SILBERBERG & KNUPP LLP |
| 3 | | GREGORY P. GOECKNER |
| 4 | | DANIEL E. ROBBINS |

By: /s/
GLENN D. POMERANTZ

Attorneys for Defendants

# DECLARATION OF GLENN D. POMERANTZ

I, Glenn D. Pomerantz, declare as follows:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record to Plaintiffs in this action. The contents of this declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. I received the "Technical Specifications" page of the CSS License Agreement, attached as Exhibit G to my Declaration in support of the *Ex Parte* Application, from the DVD Copy Control Association. A representative of the DVD Copy Control Association informed me that this page contains confidential information that is not publicly available. Therefore, to obtain the document, I signed an acknowledgement agreeing to maintain the document strictly confidential pursuant to the terms of the CSS License Agreement, and that the document could only be used in this litigation if it were filed under seal and outside of the public record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 29th day of September 2008 at Los Angeles, California.

_____
Glenn D. Pomerantz