1  GLENN D. POMERANTZ (SBN 112503)
   Glenn.Pomerantz@mto.com
2  BART H. WILLIAMS (SBN 134009)
   Bart.Williams@mto.com
3  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
6  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
7
   ROBERT H. ROTSTEIN (SBN 72452)
8  rxr@msk.com
   Eric J. German (SBN 224557)
9  ejg@msk.com
   Betsy A. Zedek (SBN 241653)
10 baz@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
11 11377 West Olympic Boulevard
   Los Angeles, California  90064-1683
12 Tel: (310) 312-2000; Fax: (310) 312-3100

13 GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
14 DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
15 15301 Ventura Boulevard, Building E
   Sherman Oaks, California  91403-3102
16 Tel: (818) 995-6600; Fax: (818) 285-4403

17 Attorneys for Defendants
   DISNEY ENTERPRISES, INC., PARAMOUNT
18 PICTURES CORP., SONY PICTURES
   ENTERTAINMENT, INC., TWENTIETH CENTURY FOX
19 FILM CORP., NBC UNIVERSAL, INC., WARNER BROS.
   ENTERTAINMENT, INC. and VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　vs. | CASE NO.  C 08 4548 HRL<br><br>**[PROPOSED ORDER] GRANTING APPLICATION TO SEAL (1) NOTICE OF APPLICATION AND EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF** |

6052400.1                           - 1 -                  [PROPOSED] ORDER GRANTING
                                                            APPLICATION TO SEAL

| | |
|---|---|
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>    Defendants. | **POINTS AND AUTHORITIES; AND (2) DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF EX PARTE APPLICATION** |

Based on Defendants' Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal:

- Notice of Application and *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction; Memorandum of Points and Authorities
- Declaration of Glenn D. Pomerantz in Support of *Ex Parte* Application

It is so ORDERED.

The Honorable _____
United States District Court

Submitted by:

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS

By: /s/
GLENN D. POMERANTZ
Attorneys for Defendants