UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Realnetworks, Inc., a Washington corporation, et.al., | No. C08-04548 |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| DVD Copy Control Association, Inc. a Deleware nonprofit corporation, et.al., | |
| Defendants. / | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for January 27, 2009 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: October 3, 2008                                   RICHARD W. WIEKING,
                                                                            United States District Court

                                                                            */s/ Patty Cromwell*
                                                                            By: Patty Cromwell
                                                                            Courtroom Deputy Clerk to
                                                                            Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Colleen Bal    cbal@wsgr.com, eminjarez@wsgr.com

James A. DiBoise    jdiboise@wsgr.com, cjohnston@wsgr.com

Michael A. Berta    mberta@wsgr.com, cjohnston@wsgr.com

Rebecca G. Lynch    Rebecca.Lynch@mto.com, anthony.levintow@mto.com, Laurie.Stoker@mto.com

Rohit K. Singla    singlark@mto.com, bill.ward@mto.com, steven.uhrig@mto.com

Tracy Tosh Lane , Esq    ttosh@wsgr.com, cjohnston@wsgr.com