| | |
|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503) |
|   | Glenn.Pomerantz@mto.com |
| 2 | BART H. WILLIAMS (SBN 134009) |
|   | Bart.Williams@mto.com |
| 3 | KELLY M. KLAUS (SBN 161091) |
|   | Kelly.Klaus@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue |
| 5 | Thirty-Fifth Floor |
|   | Los Angeles, CA  90071-1560 |
| 6 | Telephone:    (213) 683-9100 |
|   | Facsimile:     (213) 687-3702 |
| 7 | |
|   | ROBERT H. ROTSTEIN (SBN 72452) |
| 8 | rxr@msk.com |
|   | Eric J. German (SBN 224557) |
| 9 | ejg@msk.com |
|   | Betsy A. Zedek (SBN 241653) |
| 10 | baz@msk.com |
|    | MITCHELL SILBERBERG & KNUPP LLP |
| 11 | 11377 West Olympic Boulevard |
|    | Los Angeles, California  90064-1683 |
| 12 | Tel: (310) 312-2000; Fax: (310) 312-3100 |
| 13 | GREGORY P. GOECKNER (SBN 103693) |
|    | gregory_goeckner@mpaa.org |
| 14 | DANIEL E. ROBBINS (SBN 156934) |
|    | dan_robbins@mpaa.org |
| 15 | 15301 Ventura Boulevard, Building E |
|    | Sherman Oaks, California  91403-3102 |
| 16 | Tel: (818) 995-6600; Fax: (818) 285-4403 |
| 17 | Attorneys for Defendants |
|    | DISNEY ENTERPRISES, INC., PARAMOUNT |
| 18 | PICTURES CORP., SONY PICTURES |
|    | ENTERTAINMENT, INC., TWENTIETH CENTURY FOX |
| 19 | FILM CORP., NBC UNIVERSAL, INC., WARNER BROS. |
|    | ENTERTAINMENT, INC. and VIACOM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | | CASE NO.  C 08 4548 HRL |
| | | **NOTICE OF MANUAL FILING** |
| Plaintiffs, | | |
| vs. | | |

6056250.1                                                                                                          NOTICE OF MANUAL FILING

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants. |

## **NOTICE OF MANUAL FILING**

Regarding:

- CONFIDENTIAL VERSION: NOTICE OF APPLICATION AND *EX PARTE* APPLICATION OF DEFENDANTS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; ATTACHED EXHIBITS

The foregoing document is being filed under seal in paper form only and is being maintained in the case file in the Clerk's office. If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filings are necessary because the documents are filed under seal.

DATED: October 3, 2008

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS

By: /s/
      GLENN D. POMERANTZ

Attorneys for Plaintiffs