1   GLENN D. POMERANTZ (SBN 112503)
    Glenn.Pomerantz@mto.com
2   BART H. WILLIAMS (SBN 134009)
    Bart.Williams@mto.com
3   KELLY M. KLAUS (SBN 161091)
    Kelly.Klaus@mto.com
4   MUNGER, TOLLES & OLSON LLP
5   355 South Grand Avenue
    Thirty-Fifth Floor
6   Los Angeles, CA 90071-1560
    Telephone:    (213) 683-9100
7   Facsimile:    (213) 687-3702

8
    ROBERT H. ROTSTEIN (SBN 72452)
9   rxr@msk.com
    Eric J. German (SBN 224557)
10  ejg@msk.com
    Betsy A. Zedek (SBN 241653)
11  baz@msk.com
12  MITCHELL SILBERBERG & KNUPP LLP
    11377 West Olympic Boulevard
13  Los Angeles, California 90064-1683
    Tel: (310) 312-2000; Fax: (310) 312-3100
14
15  GREGORY P. GOECKNER (SBN 103693)
    gregory_goeckner@mpaa.org
16  DANIEL E. ROBBINS (SBN 156934)
    dan_robbins@mpaa.org
17  15301 Ventura Boulevard, Building E
    Sherman Oaks, California 91403-3102
18  Tel: (818) 995-6600; Fax: (818) 285-4403

19
    Attorneys for Defendants
20  DISNEY ENTERPRISES, INC., PARAMOUNT
    PICTURES CORP., SONY PICTURES
21  ENTERTAINMENT, INC., TWENTIETH CENTURY FOX
    FILM CORP., NBC UNIVERSAL, INC., WARNER BROS.
22  ENTERTAINMENT, INC. and VIACOM, INC.

23

24                  UNITED STATES DISTRICT COURT

25                NORTHERN DISTRICT OF CALIFORNIA

26

27   REALNETWORKS, INC., a Washington         CASE NO.  C 08 4548 HRL
     Corporation; and REALNETWORKS
28

     6056436.1                                              NOTICE OF ERRATA

| | |
|---|---|
| 1 | HOME ENTERTAINMENT, INC., a Delaware corporation, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | vs. |
| 5 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, |
| 6 | DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT |
| 7 | PICTURES CORP., a Delaware corporation; SONY PICTURES |
| 8 | ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY |
| 9 | FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a |
| 10 | Delaware corporation; WARNER BROS. |
| 11 | ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a |
| 12 | Delaware Corporation, |
| 13 | Defendants. |
| 14 | |

**NOTICE OF ERRATA**

## <u>NOTICE OF ERRATA</u>

Please take notice that the Proof of Service filed as docket number 11 was filed in error. An amended Proof of Service will be filed.

We apologize for any inconvenience caused by this error.

DATED: October 3, 2008

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS

By: _____/s/_____
             GLENN D. POMERANTZ

Attorneys for Plaintiffs