Realnetworks, Inc. et al v. DVD Copy Control Association, Inc. et al                                     Doc. 19

|  |  |
|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503) |
|  | Glenn.Pomerantz@mto.com |
| 2 | BART H. WILLIAMS (SBN 134009) |
|  | Bart.Williams@mto.com |
| 3 | KELLY M. KLAUS (SBN 161091) |
|  | Kelly.Klaus@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
|  | 355 South Grand Avenue |
| 5 | Thirty-Fifth Floor |
|  | Los Angeles, CA 90071-1560 |
| 6 | Telephone: (213) 683-9100 |
|  | Facsimile: (213) 687-3702 |
| 7 |  |
|  | ROBERT H. ROTSTEIN (SBN 72452) |
| 8 | rxr@msk.com |
|  | Eric J. German (SBN 224557) |
| 9 | ejg@msk.com |
|  | Betsy A. Zedek (SBN 241653) |
| 10 | baz@msk.com |
|  | MITCHELL SILBERBERG & KNUPP LLP |
| 11 | 11377 West Olympic Boulevard |
|  | Los Angeles, California 90064-1683 |
| 12 | Tel: (310) 312-2000; Fax: (310) 312-3100 |
| 13 | GREGORY P. GOECKNER (SBN 103693) |
|  | gregory_goeckner@mpaa.org |
| 14 | DANIEL E. ROBBINS (SBN 156934) |
|  | dan_robbins@mpaa.org |
| 15 | 15301 Ventura Boulevard, Building E |
|  | Sherman Oaks, California 91403-3102 |
| 16 | Tel: (818) 995-6600; Fax: (818) 285-4403 |
| 17 | Attorneys for Defendants |
|  | DISNEY ENTERPRISES, INC., PARAMOUNT |
| 18 | PICTURES CORP., SONY PICTURES |
|  | ENTERTAINMENT, INC., TWENTIETH CENTURY FOX |
| 19 | FILM CORP., NBC UNIVERSAL, INC., WARNER BROS. |
|  | ENTERTAINMENT, INC. and VIACOM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs. | CASE NO. C 08 4548 HRL<br><br>**AMENDED PROOF OF SERVICE** |
|---|---|

6056754.1                                                                 AMENDED PROOF OF SERVICE

Dockets.Justia.com

| | |
|---|---|
| 1 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, |
| 2 | DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT |
| 3 | PICTURES CORP., a Delaware corporation; SONY PICTURES |
| 4 | ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY |
| 5 | FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a |
| 6 | Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware |
| 7 | corporation; and VIACOM, Inc., a Delaware Corporation, |
| 8 | |
| | Defendants. |
| 9 | |

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY HAND** |
| 2 | I, Laurie Stoker, declare: |
| 3 | 1. I am over the age of 18 and not a party to the within cause. I am employed |
| 4 | by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My |
| 5 | business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105. |
| 6 | 2. On October 3, 2008, I served a true copy of the document entitled |
| 7 | **CONFIDENTIAL VERSION NOTICE OF APPLICATION AND *EX PARTE*** |
| 8 | **APPLICATION OF DEFENDANTS FOR TEMPORARY RESTRAINING ORDER AND** |
| 9 | **ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** by placing it in an |
| 10 | addressed, sealed envelope(s), clearly labeled to identify the person being served at the |
| 11 | address(es) shown below/set forth on the attached service list and causing Wheels of Justice to |
| 12 | deliver the envelope(s) by hand to the offices of the addressee(s). |

JAMES A. DiBOISE
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300

I then received confirmation by telephone that the package was delivered.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2008, at San Francisco, California.

_____
Laurie Stoker